```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL DELACRUZ AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

v.

MANHATTAN COLLEGE,

        Defendant.

Case No. 1:17-cv-07525-PAE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Emanuel Delacruz and Defendant Manhattan College, by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
February 15, 2018

**SEYFARTH SHAW LLP**

By _____
John William Egan
620 8th Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5291
*Attorneys For Manhattan College*

**GOTTLIEB & ASSOCIATES**

By _____
Jeffrey M. Gottlieb
150 East 18th Street, Suite PHR
New York, NY 10003
Telephone: (212) 879-0240
*Attorneys For Emanuel Delacruz*

SO ORDERED this 16th day of February, 2018

Paul A. Engelmayer
HON. PAUL A. ENGELMAYER, U.S.D.J.

44379899v.1